**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––––––

**No. 97-2617**

––––––––––––––––

In Re: GEORGE W. COLSON, SR. and BARBARA M.
COLSON,

Debtors.

––––––––––––––––––––––––––

GEORGE W. COLSON, SR.; BARBARA M. COLSON,

Debtor - Appellants,

versus

WILLIAM T. BUELLIS,

Appellee,

and

MARK J. FRIEDMAN, Trustee; OFFICE OF THE US
TRUSTEE,

Parties In Interest.

––––––––––––––––

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-97-2162-WMN, BK-95-55120-ESD)

––––––––––––––––

Submitted:  April 16, 1998          Decided:  April 28, 1998

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tammy Cohen Drescher, F. Thomas Rafferty, III, BLUM, YUMKAS, MAILMAN, GUTMAN & DENICK, P.A., Baltimore, Maryland, for Appellants. William T. Buellis, Appellee Pro Se.  Mark J. Friedman, Baltimore, Maryland; OFFICE OF UNITED STATES TRUSTEE, Baltimore, Maryland, for Friedman and U.S. Trustee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

The Appellants appeal from the district court's order affirming the bankruptcy court's decisions modifying the automatic bankruptcy stay; granting in part their motion to avoid the Appellee's judicial lien; and, denying their motion for reconsideration. We reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Colson v. Buellis, No. CA-97-2162-WMN (D. Md. Oct. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED